

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**Thomas G. Bruton, Clerk**

(312)435-5698

October 23, 2014

```
┌─────────────────────────────────┐
│           FILED                 │
│         Oct 23, 2014            │
│   CLERK, U.S. DISTRICT COURT    │
│  EASTERN DISTRICT OF CALIFORNIA │
└─────────────────────────────────┘
```

**California Eastern District Court**
Robert T. Matsui, Clerk of Court
United States Courthouse
501 I Street, Room 4-200
Sacramento, CA 95814-7300

**Re: MDL 2416 In Re: Capitol One Telephone Consumer Protection Act Litigation - Transfer Request,**
**Your Case no. 14-02245 Baker v. Capital One Bank NA    Our Case no.    14cv8315**

Enclosed is a certified copy of the Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned to Judge James F. Holderman.

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois.   Your prompt attention to this matter is greatly appreciated.

Sincerely,

Thomas G. Bruton
Clerk
By:     /s/ Lakisha C. Williams
         Deputy Clerk

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: CAPITAL ONE TELEPHONE
CONSUMER PROTECTION ACT (TCPA)
LITIGATION**                                        MDL No. 2416

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −20)

On December 10, 2012, the Panel transferred 29 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 908 F.Supp.2d 1366 (J.P.M.L. 2012). Since that time, 31 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable James F Holderman, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Holderman.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of December 10, 2012, and, with the consent of that court, assigned to the Honorable James F Holderman, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Oct 23, 2014**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ LAKISHA C. WILLIAMS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
October 23, 2014

**IN RE: CAPITAL ONE TELEPHONE**
**CONSUMER PROTECTION ACT (TCPA)**
**LITIGATION**                                    MDL No. 2416

**SCHEDULE CTO−20 − TAG−ALONG ACTIONS**

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

CALIFORNIA CENTRAL

| CAC | 5 | 14−01900 | Bradley Ridges v. Capital One Bank NA   14cv8314 |

CALIFORNIA EASTERN

| CAE | 2 | 14−02245 | Baker v. Capital One Bank, N.A.  14cv8315 |

FLORIDA SOUTHERN

| FLS | 0 | 14−62153 | Sylvestre v. Capital One Financial Corporation 14cv8317 |

PENNSYLVANIA EASTERN

| PAE | 5 | 14−05278 | BONNER et al v. CAPITAL ONE BANK USA N.A. et al   14cv8318 |

SOUTH CAROLINA

| SC | 1 | 14−03693 | Johnson et al v. Capital One Bank USA NA  14cv8319 |